```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PENELOPE MARTENS,

                                        Plaintiff,

            - against -                                    ORDER

SOUTHERN WESTCHESTER BOCES and THE              17-CV-1319 (CS)
BOARD OF EDUCATION OF SOUTHERN
WESTCHESTER BOCES,

                                        Defendants.
-------------------------------------------------------------------X
```

Seibel, J.

For the reasons stated on the record on June 12, 2018, Defendants' motion to dismiss is GRANTED with respect to Plaintiff's adverse employment action, hostile work environment, and failure to accommodate claims. The motion is DENIED with respect to Plaintiff's retaliation claim.

The Clerk of the Court is directed to enter judgment for Defendants on Plaintiff's adverse employment action, hostile work environment, and failure to accommodate claims.[1]

**SO ORDERED.**

Dated: November 15, 2018
       White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.

---

[1] On October 10, 2018, Plaintiff and Defendants stipulated to dismissal of Plaintiff's retaliation claim. (Doc. 44.)